# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 16, 2012

No. 11-20720

Lyle W. Cayce
Clerk

LISA BEAN-KEMP, Individually and as Guardian of Mecole Roques;
TIFFANY SLOAN, as Guardian of Mecole Roques' Minor Child J.S.; TAMIKA
SEWELL, Individually and as Guardian of Dexter Sewell; TIFFANY BABIN,
as Guardian of Dexter Sewell's Minor Child D.S.,

Plaintiffs - Appellees

v.

BILL BAILEY, In Their Official and Individual Capacities; TROY CRAIG, In
Their Official and Individual Capacities,

Defendants - Appellants

Appeal from the United States District Court
for the Southern District of Texas
U.S.D.C. No. 4:10-cv-03111

Before GARZA, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.